UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TYLER THOMPSON,<br><br>　　*Plaintiff,*<br><br>v.<br><br>TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE, DONALD J. TRUMP FOR PRESIDENT, INC., SAVE AMERICA, AND THE REPUBLICAN NATIONAL COMMITTEE,<br><br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Case No. 4:21-cv-768 |

### DEFENDANTS TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE, DONALD J. TRUMP FOR PRESIDENT, INC., SAVE AMERICA, AND THE REPUBLICAN NATIONAL COMMITTEE'S ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

　　Comes now, Defendants Trump Make America Great Again Committee, Donald J. Trump for President, Inc., Save America, and the Republican National Committee (collectively "Defendants"), and file this Answer to Plaintiff's Complaint, and will show onto this Court as follows:

### INTRODUCTION

1.　　Defendants admit that Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 et seq., ("TCPA"). Defendants deny violating any provisions of this statute or any other statute.

### JURISDICTION AND VENUE

2.　　Defendants lack knowledge or information sufficient to admit or deny Paragraph 2; therefore, Defendants deny the same.

**DEFENDANT REPUBLICAN NATIONAL COMMITTEE'S ANSWER TO PLAINTIFF'S COMPLAINT** – 　　Page 1

3. Defendants admit it conducts business in the state of Texas. Defendants lack knowledge or information sufficient to admit or deny the remainder of Paragraph 3; therefore, Defendants deny the same.

4. Defendants lack knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendants deny the same.

## PARTIES

5. Defendants lack knowledge or information sufficient to admit or deny Paragraph 5; therefore, Defendants deny the same.

6. Defendants admit Paragraph 6.

7. Defendants admit Paragraph 7.

8. Defendants admit Paragraph 8.

9. Defendants admit that as corporations it can only act through agents or employees of the company, but only to the extent that they act upon and within their scope of authority.

## FACTUAL ALLEGATIONS

10. Defendants admit having a campaign marketing strategy with text messages. Defendants deny using an automatic telephone dialing system.

11. Defendants lack knowledge or information sufficient to admit or deny Paragraph 11; therefore, Defendants deny the same.

12. Defendants deny Paragraph 12.

13. Defendants lack knowledge or information sufficient to admit or deny Paragraph 13; therefore, Defendants deny the same.

14. Defedants lack knowledge or information sufficient to admit or deny Paragraph 14; therefore, Defendants deny the same.

15. Defedants deny Paragraph 15.

16. Defedants admit Paragraph 16.

17. Defedants deny Paragraph 17.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C § 227(B)

18. Defendants incorporate the foregoing paragraphs as though fully set forth herein.

19. Defendants generally admit Paragraph 19 but deny it is a complete and accurate statement of the law.

20. Defendants deny using an automatic telephone dialing system. Defendants lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 20, therefore Defendants deny the same.

21. Defendants admit Paragraph 21.

22. Defendants deny Paragraph 22.

23. Defendants lack knowledge or information sufficient to admit or deny Paragraph 23, therefore Defendants deny the same.

24. Defendants deny Paragraph 24.

25. Defendants deny Paragraph 25.

26. Defendants deny Paragraph 26.

## COUNT II
## TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C § 227(C)

27. Defendants incorporate the foregoing paragraphs as though fully set forth herein.

28. Defendants deny Paragraph 28 as an incomplete and/or inaccurate statement of law.

29. Defendants lack knowledge or information sufficient to admit or deny Paragraph 29, therefore Defendants deny the same.

30. Defendants deny Paragraph 30.

31. Defendants deny Paragraph 31.

32. Defendants deny Paragraph 32.

### PRAYER FOR RELIEF

33. Defendants deny Plaintiff is entitled to any relief or damages.

### JURY DEMAND

34. Defendants admit Plaintiff seeks a trial by jury in this matter.

### AFFIRMATIVE DEFENSES

37. Plaintiff's damages, if any were pre-existing damages not caused by Defendant.

38. Plaintiff has failed to mitigate damages if any.

39. Plaintiff proximately caused his own damages, if any

40. Plaintiff's damages, if any, were caused by a third party over which Defendant had no control.

41. Plaintiff has not suffered a concrete, injury-in-fact.

WHEREFORE, PREMISES CONSIDERED, Defendant Donald J. Trump for President, Inc. respectfully request this Court to dismiss Plaintiff's claims in its entirety and to award Defendant any relief, in law or equity, to which Defendant is justly entitled.

Dated: May 6, 2021.                    Respectfully submitted,

                                        **MALONE FROST MARTIN PLLC**

                                      */s/ Xerxes Martin*
                                      EUGENE XERXES MARTIN, IV
                                      State Bar No. 24078928
                                      Email: xmartin@mamlaw.com
                                      JACOB MICHAEL BACH
                                      State Bar No. 24100919
                                      Email: jbach@mamlaw.com
                                      **MALONE FROST MARTIN PLLC**
                                      Northpark Central, Suite 1850
                                      8750 North Central Expressway
                                      Dallas, Texas 75231
                                      TEL: (214) 346-2630
                                      FAX: (214) 346-2631

                                      ***COUNSEL FOR DEFENDANT***
                                      ***REPUBLICAN NATIONAL COMMITTEE***

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing has been forwarded through the **CM/ECF System** on this May 6, 2021 to the following recipients:

Amy Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
P: (215)540-8888
F: (877) 788-2864
teamkimmel@creditlaw.com

*Attorney for Plaintiff*

                                        */s/ Xerxes Martin*
                                      XERXES MARTIN