United States District Court
Southern District of Texas

**ENTERED**
June 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | 4:21-cv-768 |
|---|---|---|---|

TYLER THOMPSON,

*versus*

TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE, DONALD J. TRUMP FOR PRESIDENT, INC., SAVE AMERICA, AND THE REPUBLICAN NATIONAL COMMITTEE,

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Jacob U. Ginsburg, Esquire<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>215-540-8888, ext. 104; jginsburg@creditlaw.com<br>PA- 311908 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Tyler Thompson |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 06/01/2021 | Signed: /s/ Jacob U. Ginsburg |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 6/2/2021    Clerk's signature: [signature]

**Order**

Dated: 6/2/21

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge