# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Tyler Thompson**, | ) |
| | ) |
| | ) **Case No.:** |
| Plaintiff, | ) |
| v. | ) |
| | ) **4:21-cv-00768** |
| | ) |
| Trump Make America Great Again Committee ("TMAGAC"), Donald J. Trump for President, Inc. ("DJTP"), Save America, and the Republican National Committee ("RNC"), | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Tyler Thompson, by and through his undersigned counsel and Defendants Trump Make America Great Again Committee, Donald J. Trump for President, Inc., Save America, and the Republican National Committee, by and through their counsel, hereby stipulate to dismiss this case WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a) with each side bearing its own fees and costs.

**IT IS SO STIPULATED:**

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, PC
30 E. Butler Ave.
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
jginsburg@creditlaw.com

*/s/ Jacob Bach*
Xerxes Martin, Esq.
Jacob Bach, Esq.
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850

>8750 North Central Expressway
>Dallas, TX 75231
>(214) 346-2630
>(214) 346-2631
>xmartin@mamlaw.com
>jbach@mamlaw.com
>*Attorney for Defendant*

DATED: January 4, 2022

## Certificate of Service

I certify that on January 4, 2022, I filed a copy of the foregoing document and its attachment with the Clerk of Court using the Court's CM/ECF system, which will generate notice of the filing and service on the following counsel:

>Xerxes Martin, Esq.
>MALONE AKERLY MARTIN PLLC
>Northpark Central, Suite 1850
>8750 North Central Expressway
>Dallas, TX 75231
>(214) 346-2630
>(214) 346-2631
>xmartin@mamlaw.com
>*Attorney for Defendant*

*/s/ Jacob U. Ginsburg*